# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH NICOLAS,<br><br>　　　　　Petitioner,<br>　　v.<br>PATRICK COVELLO, Warden,<br><br>　　　　　Respondent. | Case No. 8:19-cv-01542-JVS (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) Petitioner's request for an evidentiary hearing is denied; and (2) Judgment be entered dismissing the Petition with prejudice.

DATED: January 21, 2020

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE