# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH NICOLAS,<br><br>                Petitioner,<br>    v.<br><br>PATRICK COVELLO, Warden,<br><br>                Respondent. | Case No. 8:19-cv-01542-JVS-AFM<br><br>**JUDGMENT** |

    This matter came before the Court on the Petition of KENNETH NICOLAS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 21, 2020

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE